FRANK WEBER, TRADING AS FRANK WEBER FISHERY, APPELLANT, v. U. C. C. OF NEW JERSEY, RESPONDENT.

Argued October 21, 1943—Decided January 27, 1944.

For the appellant, *Eugene C. F. McVeigh* (*William P. Braun,* of counsel).

For the respondent, *Charles A. Malloy* (*Herman D. Ringle,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, DEAR, WELLS, THOMPSON, DILL, JJ.  8.

*For reversal*—HEHER, COLIE, RAFFERTY, JJ.  3.